**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

Plaintiff,

Vs

PHILLIP LAMONT ALEXANDER,

Defendant.

NO. CR24-164 JNW

AGREED ORDER GRANTING DEFENSE MOTION TO CONTINUE SENTENCING AND DEADLINES

THIS MATTER comes before the Court on the Defense's unopposed request to continue sentencing and associated deadlines, it is hereby ORDERED:

That sentencing be continued to January 21, 2027, to allow time to prepare mitigation materials.

Dated this 9th day of October, 2026.

Jamal N. Whitehead
United States District Judge

Presented by:

***/s/ Michael Austin Stewart***
MICHAEL AUSTIN STEWART
Attorney for Defendant, WSBA #23981